UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN ALLEN LITTLE,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No. 1:18-cv-1168
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED**.


Dated: March 25, 2020　　　　　　　　　　　　　　/s/ Ray Kent
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge